MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  ) | No. Cr.S-06-00428 KJM |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| TPRING SUMMERFIELD, ) | |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Tpring Summerfield are modified in the following manner:

Tpring Summerfield is no longer to report to, or be monitored by, pre-trial services as a condition of her release.

Dated:  March 12, 2012.

_____
UNITED STATES DISTRICT JUDGE

-1-