Kathryn Kohlman Druliner
5150 Fair Oaks Blvd., 101-152
Carmichael, CA   95608
916-612-1285
State Bar No:  148913
Attorney for Defendant Angela Summerfield

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States,<br><br>      Plaintiff,<br><br>  vs.<br><br>Angela Summerfield<br><br>      Defendant(s). | Case No.:2:06-cr-00428-KJM<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

    The parties respectfully submit the following stipulation and proposed order modifying the pretrial release conditions of defendant Angela SUMMERFIELD.  In support of this proposed order, the parties stipulate to the following:

    In 2006, the Court released the defendant Angela SUMMERFIELD on pretrial release conditions.  For the reasons stated below, and the fact that Ms. Summerfield has had no violations of pretrial release conditions in more than six years,[1] it is hereby stipulated and is between the parties, that the conditions of pretrial release should be modified as set forth below.  This stipulation has been discussed with Pretrial Services Officer Darryl Walker, and he has, in fact, been the one who

---

[1]     Ms. SUMMERFIELD has no prior criminal history, with the possible exception of the pending case.

PAGE 1

recommended the change.

The parties propose removing the condition that Angela SUMMERFIELD be required to have a third-party custodian. Accordingly, it is stipulated that this condition of pretrial release be removed. All other conditions of pretrial release shall remain in effect.

**Date:** **July 16, 2012**

**Signed:** **/s/Kathy Druliner**
**Kathryn Kohlman Druliner**
**Attorney for Defendant Angela Summerfield**

**Date:** **July 16, 2012**

**Signed:** **/s/Jason Hitt**
**Jason Hitt**
**Assistant U.S. Attorney**

LAW OFFICES OF KATHRYN KOHLMAN DRULINER
5150 FAIR OAKS BLVD, #101-152, SACRAMENTO, CA 95814
(916) 483-5336

**O R D E R**

Based upon the stipulation of the parties and the concurrence of the Pretrial Services Officer, the Court adopts the recommendation of the parties and orders that the previously-imposed condition that defendant Angela SUMMERFIELD have a third-party custodian is hereby removed. All other previously-imposed conditions, if any, of pretrial release shall remain in effect.

DATE: July 18, 2012  /s/ Gregory G. Hollows

United States Magistrate Judge